IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SHEDRICK LOWON GRACE                                          PLAINTIFF

VERSUS                              CIVIL ACTION NO. 4:08cv125-TSL-LRA

REGINALD SPENCER, UNKNOWN JEKINS,
and JAMES MOORE, SR.                                         DEFENDANTS

## **FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  30th  day of March, 2009.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE